Case 1:25-cr-00040-EGS    Document 1    Filed 02/04/25

Case: 1:25-cr-00040
Assigned To : Sullivan, Emmet G.
Assign. Date : 02/4/2025
Description: Supervised Release Transfer In

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:23CR20320-001 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
|  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marco Antonio Claros | Southern District of Florida | Miami |
|  | NAME OF SENTENCING JUDGE | |
|  | The Honorable Rodolfa A. Ruiz, II, U.S. District Judge | |
|  | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/03/2024 | TO 05/02/2025 |

**OFFENSE**
Illegal Reentry of a Removed Alien, in violation of Title 8, U.S.C. § 1326(a)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Address violation of supervision in the District of Columbia; subject's ties are to the District of Columbia

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    SOUTHERN    DISTRICT OF    FLORIDA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Columbia    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

01/24/2025
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    COLUMBIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/31/25
Effective Date

*United States District Judge*
J. Brasberg