BNDDUTY,CLOSED,INTERPRETER,JB

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-20320-RAR All Defendants

Case title: USA v. Claros

Date Filed: 08/03/2023

Date Terminated: 01/11/2024

Assigned to: Judge Rodolfo A. Ruiz, II

**Defendant (1)**

**Marcos Antonio Claros**  
73705-510  
*YOB: 1988; SPANISH*  
*TERMINATED: 01/11/2024*

represented by **MaeAnn Renee Dunker**  
Federal Public Defender  
150 West Flagler Street, Suite 1700  
Miami, FL 33130  
(305) 530-7000  
Email: maeann_dunker@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

**Noticing FPD-MIA**  
305-530-7000  
Email: MIA_ECF@FD.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

**Pending Counts**

ILLEGAL RE-ENTRY OF REMOVED ALIEN/8:1326A.F  
(1)

**Disposition**

Imprisonment: 8 months. Supervised Release: one (1) year.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

None

**Plaintiff**

USA                                                                 represented by   **Theodore Joseph O'Brien**
                                                                                     DOJ-USAO
                                                                                     U.S. Attorney's Office
                                                                                     99 N.E. 4th Street
                                                                                     Miami, FL 33132
                                                                                     305-961-9127
                                                                                     Email: Theodore.Obrien@usdoj.gov
                                                                                     *LEAD ATTORNEY*
                                                                                     *ATTORNEY TO BE NOTICED*
                                                                                     *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2023 | 1 | INDICTMENT as to Marcos Antonio Claros (1) count(s) 1. (sl) (Additional attachment(s) added on 8/3/2023: # 1 Restricted Unredacted Indictment) (sl). (Entered: 08/03/2023) |
| 08/03/2023 | 3 | MOTION to seal by USA as to Marcos Antonio Claros. (sl) (Entered: 08/03/2023) |
| 08/03/2023 | 4 | ORDER Granting 3 Motion to seal as to Marcos Antonio Claros (1). Signed by Ch. Magistrate Judge Edwin G. Torres on 8/3/2023. *See attached document for full details.* (sl) (Entered: 08/03/2023) |
| 08/15/2023 | 5 | PETITION/MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Marcos Antonio Claros. (br) (Entered: 08/18/2023) |
| 08/15/2023 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Marcos Antonio Claros. Motions Terminated: 5 PETITION/MOTION for Writ of Habeas Corpus ad prosequendum filed by USA. Signed by Magistrate Judge Melissa Damian on 8/15/2023. ( Arraignment set for 9/14/2023 01:30 PM in Miami Division before MIA Duty Magistrate Judge. Initial Appearance set for 9/14/2023 01:30 PM in Miami Division before MIA Duty Magistrate Judge.) (br) (Entered: 08/18/2023) |
| 08/24/2023 | 7 | Order to Unseal as to Marcos Antonio Claros. Signed by Magistrate Judge Eduardo I. Sanchez on 8/24/2023. (fbn) (Entered: 08/25/2023) |
| 08/24/2023 | 10 | Minute Order for proceedings held before Magistrate Judge Eduardo I. Sanchez: Initial Appearance and **ARRAIGNMENT** as to Marcos Antonio Claros (1) Count 1 held on 8/24/2023. Defendant Arraigned. Bond recommendation/set: Marcos Antonio Claros (1) STIP $250K CSB w/ Nebbia w/ right to revisit. Date of Arrest or Surrender: 8/24/2023. Attorney added: Noticing FPD-MIA for Marcos Antonio Claros (Digital 14:22:56;14:41:59)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not |

| | | |
|---|---|---|
| | | limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.<br><br>PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Eduardo I. Sanchez on 8/24/2023. (jbs) (Entered: 08/25/2023) |
| 08/25/2023 | 8 | Invocation of Right to Silence and Counsel by Marcos Antonio Claros (Ecarius, Daniel) (Entered: 08/25/2023) |
| 08/25/2023 | 9 | Notice of Assignment of Assistant Federal Public Defender as to Marcos Antonio Claros. Attorney MaeAnn Renee Dunker added.. Attorney MaeAnn Renee Dunker added to party Marcos Antonio Claros(pty:dft). (Dunker, MaeAnn) (Entered: 08/25/2023) |
| 08/29/2023 | 11 | ORDER SETTING TRIAL DATE AND PRETRIAL INSTRUCTIONS as to Marcos Antonio Claros. In Limine Motions due by 9/22/2023. All pre-trial Motions due by 9/22/2023. Plea Agreement due by 10/3/2023. Calendar Call set for 10/3/2023 11:00 AM in Miami Division before Judge Rodolfo A. Ruiz II. Jury Trial set for 10/10/2023 09:00 AM in Miami Division before Judge Rodolfo A. Ruiz II. Signed by Judge Rodolfo A. Ruiz, II on 8/28/2023. *See attached document for full details.* (gp)<br><br>**Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 08/29/2023) |
| 09/07/2023 | 12 | First RESPONSE to Standing Discovery Order by USA as to Marcos Antonio Claros (O'Brien, Theodore) (Entered: 09/07/2023) |
| 09/29/2023 | 13 | PAPERLESS ORDER SETTING CHANGE OF PLEA HEARING as to Marcos Antonio Claros. Signed by Judge Rodolfo A. Ruiz, II on 9/29/2023. Change of Plea Hearing set for 10/12/2023 at 09:00 AM in Courtroom 11-2, 11th Floor, Wilkie D. Ferguson Jr. United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128, before Judge Rodolfo A. Ruiz II.<br><br>Please Note that Calendar Call scheduled for 10/03/2023 is hereby CANCELLED and this Case is removed from the 10/10/2023 Trial docket as to this Defendant.<br><br>The Government shall submit copies of any plea agreement to the Court (or advise the Court if there is no agreement), a factual proffer, and a word document outlining the elements and penalties of the offense(s) no later than 48 hours prior to the change of plea hearing.(gp) (Entered: 09/29/2023) |
| 10/12/2023 | 14 | PAPERLESS Minute Entry for proceedings held before Judge Rodolfo A. Ruiz, II: Change of Plea Hearing as to Marcos Antonio Claros held on 10/12/2023. Defendant sworn. Marcos Antonio Claros (1) Plead Guilty to Count 1. Factual Proffer submitted to the Court. PSR ordered. Defendant remanded to the custody of USM. Sentencing set for January 11, 2023 at 1:30PM, before Judge Rodolfo A. Ruiz II. Order to follow. Total time in court: 20 minutes. Spanish Interpreter present. Attorney Appearance(s): Theodore Joseph O'Brien, |

| | | |
|---|---|---|
| | | MaeAnn Renee Dunker. Court Reporter: Ilona Lupowitz, 305-523-5737 / Ilona_lupowitz@flsd.uscourts.gov. (ogn1) (Entered: 10/12/2023) |
| 10/12/2023 | 15 | FACTUAL PROFFER STATEMENT as to Marcos Antonio Claros (ogn1) (Entered: 10/12/2023) |
| 10/12/2023 | 16 | ORDER OF SENTENCING HEARING as to Marcos Antonio Claros. Signed by Judge Rodolfo A. Ruiz, II on 10/12/2023. Sentencing set for 1/11/2024 at 1:30PM in Miami Division before Judge Rodolfo A. Ruiz II. (ogn1) (Entered: 10/12/2023) |
| 10/13/2023 | 17 | Notice of Presentence Investigation Assignment of Marcos Antonio Claros to US Probation Officer Carolina Feliciano in the Miami Wilkie D. Ferguson, Jr. U.S. Courthouse and she can be contacted at (305)523-5393 or Carolina_Feliciano@flsp.uscourts.gov. (lrn) (Entered: 10/13/2023) |
| 11/29/2023 | 18 | PAPERLESS ORDER RESCHEDULING SENTENCING HEARING **TIME CHANGE ONLY** as to Marcos Antonio Claros. Signed by Judge Rodolfo A. Ruiz II on 11/29/2023. Sentencing is hereby re-set for 1/11/2024 at 09:00 AM in Courtroom 11-2, 11th Floor, Wilkie D. Ferguson Jr. United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128, before Judge Rodolfo A. Ruiz II. (gp) (Entered: 11/29/2023) |
| 12/06/2023 | 19 | DRAFT Disclosure of Presentence Investigation Report of Marcos Antonio Claros. This is a limited access document. Report access provided to attorneys Theodore Joseph O'Brien, MaeAnn Renee Dunker by USPO (Attachments: # 1 Position of Parties)(dtn1) (Entered: 12/06/2023) |
| 12/20/2023 | 20 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Marcos Antonio Claros (Dunker, MaeAnn) (Entered: 12/20/2023) |
| 01/04/2024 | 21 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Marcos Antonio Claros. This is a limited access document. Report access provided to attorneys Theodore Joseph O'Brien, MaeAnn Renee Dunker by USPO (Attachments: # 1 Addendum)(dtn1) (Entered: 01/04/2024) |
| 01/05/2024 | | SYSTEM ENTRY - Docket Entry 22 restricted/sealed until further notice. (kpe) (Entered: 01/05/2024) |
| 01/05/2024 | | SYSTEM ENTRY - Docket Entry 23 restricted/sealed until further notice. (kpe) (Entered: 01/05/2024) |
| 01/05/2024 | | SYSTEM ENTRY - Docket Entry 24 restricted/sealed until further notice. (gp) (Entered: 01/05/2024) |
| 01/07/2024 | 25 | SENTENCING MEMORANDUM by Marcos Antonio Claros (Attachments: # 1 Exhibit, # 2 Exhibit) (Dunker, MaeAnn) (Entered: 01/07/2024) |
| 01/11/2024 | 26 | PAPERLESS Minute Entry for proceedings held before Judge Rodolfo A. Ruiz, II: Sentencing held on 1/11/2024 as to Marcos Antonio Claros. Total Sentence: 8 months, one year supervised release, and a $100 special assessment. Defendant advised of the right to appeal the sentence imposed within fourteen days after the entry of the Judgment. Special conditions imposed, see Judgment.<br><br>Spanish Interpreter present.<br><br>Attorney Appearance(s): Aisha Schafer Hylton for Theodore Joseph O'Brien, MaeAnn Renee Dunker, USPO: Carolina Feliciano<br><br>Court Reporter: Ilona Lupowitz, 305-523-5737 / Ilona_lupowitz@flsd.uscourts.gov. (gp) - Modified text on 1/11/2024 (gp). (Entered: 01/11/2024) |

| | | |
|---|---|---|
| 01/11/2024 | 27 | JUDGMENT as to Marcos Antonio Claros (1), Count(s) 1, Imprisonment: 8 months; Supervised Release: one (1) year; Assessment: $100.00; Closing Case for Defendant. Signed by Judge Rodolfo A. Ruiz, II on 1/11/2024. *See attached document for full details.* (gp) (Entered: 01/11/2024) |
| 01/24/2025 | | SYSTEM ENTRY - Docket Entry 28 restricted/sealed until further notice. (gp) (Entered: 01/24/2025) |
| 02/04/2025 | 29 | Prob22/Probation/Supervised Release Jurisdiction Transferred to District of Columbia as to Marcos Antonio Claros Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Notice of Criminal Transfer to District of Columbia of a Transfer of Jurisdiction as to Marcos Antonio Claros. Docket sheet and documents attached. If you require any information from our Financial Section, please call 305-523-5050. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (Attachments: # 1 Docket Sheet) (mr1) (Entered: 02/04/2025) |